Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888

In re:
ROBERT J LASK JR
SANDRA S LASK

Case No. 09-07583
Account No.  8780

SPECIALIZED LOAN SERVICING
8742 LUCENT BLVD #300
HIGHLANDS RANCH, CO  80129

ROBERT J LASK JR
SANDRA S LASK
608 LIVINGSTON DR
NEW LENOX, IL  60451

BIZAR & DOYLE
123 W MADISON ST #205
CHICAGO, IL  60602

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER RULE 3002.1(f)**

Please take notice that the Notice of Cure under Rule 3002.1(f) was sent in error on May 17, 2013.

/S/  Marifran Smith

For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 801 Warrrenville Road, Suite 650, Lisle, IL on June 10, 2013.

/S/  Marifran Smith

For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888